**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **OMAR SANTOS-MORALES** | **CASE NO.  1:26-CV-00028 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MEMORANDUM ORDER

Before the Court is a Motion for Order to Show Cause [Doc. 10] filed by Petitioner Omar Santos-Morales, an immigration detainee seeking an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

According to the publicly available information provided online by the Executive Office for Immigration Review, an immigration judge granted Santos-Morales relief on January 13, 2026, and no appeal was filed.[1]  Additionally, the information provided through the ICE inmate locator service indicates that Santos-Morales is no longer detained.[2]

Therefore, IT IS ORDERED that the Motion for Order to Show Cause [Doc. 10] is DENIED.

THUS DONE in Chambers on this 17th day of March, 2026.

David J. Ayo
United States Magistrate Judge

---

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results